*Monday, November 16, 1992*

## MOTION DOCKET

**90–1433.** State v. Smith. *Hamilton County*, No. C–880287. UPON CONSIDERATION of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Hamilton County Common Pleas Court,

IT IS ORDERED that said motion be, and the same is hereby, granted, effective November 13, 1992.

IT IS FURTHER ORDERED that compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

*Tuesday, November 17, 1992*

## MOTION DOCKET

**89–70.** State v. Montgomery. *Lucas County*, No. L–86–395. This cause came on for further consideration upon appellant's motion to continue stay of execution of death sentence, pending the final disposition by the Ohio courts of his claims raised in his Application for Delayed Reconsideration, filed in the Sixth District Court of Appeals. Upon consideration thereof,

IT IS ORDERED by the court that said motion to stay execution be, and the same is hereby, granted.

DOUGLAS and RESNICK, JJ., dissent.

*Wednesday, November 18, 1992*

## MERIT DOCKET

**92–1290.** State ex rel. Mormile v. Garfield Hts. Mun. Court. *Cuyahoga County*, No. 62976. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1678.** State ex rel. Hill v. Ohio State Parole Auth. In Mandamus. On request to dismiss. Request to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1737.** State ex rel. Morrow v. Voinovich. In Mandamus. On request to dismiss. Request to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1819.** State v. Smith. *Allen County*, No. 1–91–45. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1846.** Akron v. Bilder. *Summit County*, No. 15795. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., and HOLMES, J., dissent.